UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MAC TRUONG,

        Debtor-Appellant,      09 Civ. 8857 (RWS)

  -against-                            OPINION

JEFFREY L. SAPIR,

        Trustee-Appellee.

------------------------------------X

A P P E A R A N C E S:

    Pro Se

    MAC TRUONG
    325 Broadway
    Apt. 200
    New York, NY 10007

    Attorney for Appellees

    JEFFREY L. SAPIR
    399 Knollwood Road
    White Plains, NY 10603

    HELLRING, LINDEMAN, GOLDSTEIN & SIEGAL, LLP
    One Gateway Center
    8th Floor
    Newark, NJ 07102
    By: Richard B. Honig, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/10

**Sweet, D.J.,**

The appellant Mac Truong ("Appellant" or "Truong") was directed by order of this court to file his brief on November 18, 2009.

By order of November 25, 2009 the appeal was dismissed no brief having been filed and no application for an extension having been filed or recorded on the docket.

On December 3, 2009 a motion to vacate the dismissal and reinstate the appeal was made and on Demceber 8, 2009 it was made returnable on January 27, 2010.

No grounds for failure to comply with the scheduling order having been established, the motion to vacate the dismissal and reinstate the appeal is denied.

It is so ordered.

**New York, NY**
**April /4/, 2010**

_____
ROBERT W. SWEET
U.S.D.J.

1